UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

QUALITY PLUS SERVICES, INC.,
        Plaintiff,

v.                                     Civil Action No: 3:18-cv-00454

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,
        Defendant.

## QUALITY PLUS SERVICES, INC.'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANT'S EXPERT, ROBERT ANDERSON, JR.

      Plaintiff, Quality Plus Services, Inc. ("Plaintiff" or "QPS"), by counsel, hereby moves this Court for entry of an Order excluding the testimony of Defendant's expert Robert Anderson, Jr. on the bases that Mr. Anderson's threadbare *ipse dixit* conclusions fail to meet the standards required by Federal Rule of Evidence 702 for the admission of relevant and reliable expert testimony, and because Defendant National Union has failed to comply with the standards of Federal Rule of Civil Procedure 26(a)(2)(B). For these reasons, and as stated in the accompanying and Memorandum in Support of Its Motion to Exclude Testimony of Defendant's Expert, Robert Anderson, Jr., Quality Plus Services, Inc. respectfully requests that this Court grant its motion and enter an order excluding Mr. Anderson's purported expert testimony in whole.

Dated: April 4, 2019         Respectfully submitted,

                                          /s/Nathan A. Colarusso
                                    Nathan A. Colarusso (VSB 72840)
                                    Assistant General Counsel
                                    Quality Plus Services, Inc.
                                    2929 Quality Drive
                                    Petersburg, Virginia 23805
                                    804.863.0191
                                    804.863.0284 facsimile
                                    NateC1@QPSisbest.com

        Kristie G. Haynes (VSB #41466)
        General Counsel
        Quality Plus Services, Inc.
        2929 Quality Drive
        Petersburg, Virginia 23805
        804.863.0191
        804.863.0284 facsimile
        KristieH1@QPSisbest.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served via Notice of Electronic Filing this 4th day of April, 2019 on the following:

Benjamin Eggert
Edward R. Brown
WILEY REIN LLP
1776 K. Street, NW
Washington, DC  20006

        /s/Nathan A. Colarusso
        Nathan A. Colarusso