UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

QUALITY PLUS SERVICES, INC.,
        Plaintiff,

v.                                         Civil Action No: 3:18-cv-00454

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,
        Defendant.

## PROPOSED ORDER

THIS MATTER is before the Court on Quality Plus Services, Inc.'s Motion to Exclude Testimony of Defendant's Expert, Robert Anderson, Jr.  It is hereby

ORDERED that Quality Plus Services, Inc.'s Motion to Exclude Testimony of Defendant's Expert, Robert Anderson, Jr. is GRANTED as to all aspects of the proposed expert testimony of Mr. Robert Anderson, Jr.

ENTERED this ___ day of _____, 2019.

                                                                             M. Hannah Lauck
                                                                             United States District Judge

Date:
Richmond, Virginia